| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash |
|----|----|----|----|----|
| 1 | 50.152.32.130 | 8/3/13 10:48:33 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 2 | 75.70.22.103 | 8/3/13 08:38:04 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 3 | 67.190.103.66 | 8/3/13 02:14:42 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 4 | 76.25.81.149 | 8/2/13 05:44:54 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 5 | 67.161.203.224 | 8/1/13 12:04:59 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 6 | 76.25.48.65 | 7/30/13 06:21:25 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 7 | 75.71.237.195 | 7/29/13 06:20:06 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 8 | 75.71.170.88 | 7/27/13 04:42:49 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 9 | 71.196.162.162 | 7/25/13 03:06:15 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 10 | 71.229.142.47 | 7/24/13 11:45:40 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 11 | 71.196.175.174 | 7/24/13 08:13:18 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 12 | 174.51.28.63 | 7/22/13 02:14:35 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 13 | 24.9.26.2 | 7/22/13 12:17:26 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 14 | 24.9.116.36 | 7/21/13 03:30:19 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 15 | 50.155.158.227 | 7/19/13 01:55:48 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 16 | 67.190.67.251 | 7/18/13 10:28:19 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 17 | 75.71.183.108 | 7/17/13 10:51:50 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 18 | 75.70.20.197 | 7/17/13 09:57:32 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 19 | 24.8.42.126 | 7/16/13 10:35:33 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 20 | 24.9.215.24 | 7/15/13 08:12:53 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 21 | 71.237.73.251 | 7/15/13 02:01:34 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 22 | 67.165.203.73 | 7/14/13 01:55:43 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 23 | 75.71.185.120 | 7/14/13 01:44:52 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 24 | 50.134.172.229 | 7/13/13 02:54:34 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 25 | 50.134.181.64 | 7/13/13 12:21:01 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 26 | 71.229.161.158 | 7/12/13 11:53:00 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 27 | 71.237.118.212 | 7/12/13 01:51:55 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 28 | 67.161.197.59 | 7/11/13 06:06:31 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 29 | 71.56.245.205 | 7/11/13 02:24:33 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 30 | 24.8.82.27 | 7/10/13 09:16:58 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 31 | 75.70.253.238 | 7/9/13 06:53:22 PM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 32 | 76.120.106.200 | 7/9/13 12:20:23 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |
| 33 | 75.70.26.49 | 7/8/13 11:57:30 AM | Assault on Wall Street (2013) [1080p] | SHA1: 99F29436A41FA2E91B890703E9B1A43FC83605E4 |

| ISP | Region | City | Province |
|---|---|---|---|
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Boulder | Boulder County |
| Comcast Cable | Colorado | Englewood | Arapahoe County |
| Comcast Cable | Colorado | Avon | Eagle County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Monument | El Paso County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Aspen | Pitkin County |
| Comcast Cable | Colorado | Broomfield | Boulder County |
| Comcast Cable | Colorado | Arvada | Jefferson County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Westminster | Jefferson County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |
| Comcast Cable | Colorado | Greeley | Weld County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Golden | Jefferson County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Castle Rock | Douglas County |
| Comcast Cable | Colorado | Englewood | Arapahoe County |
| Comcast Cable | Colorado | Boulder | Boulder County |
| Comcast Cable | Colorado | Arvada | Jefferson County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Steamboat Springs | Routt County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Aurora | Adams County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Broomfield | Boulder County |
| Comcast Cable | Colorado | Colorado Springs | El Paso County |