# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-668-151**

**Effective date of registration:**

March 28, 2013

---

## Title

**Title of Work:** Bailout: The Age of Greed
**Previous or Alternative Title:** Bailout

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** Lynn Peak Productions Inc.
  **Author Created:** entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor
  **Work made for hire:** Yes
  **Citizen of:** Canada        **Domiciled in:** Canada

## Copyright claimant

**Copyright Claimant:** Lynn Peak Productions Inc.
c/o The Bridge Studios, 2400 Boundary Road, Burnaby, V5M 3Z3, Canada

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music
**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, new narration, revisions/additions to script, editing

## Rights and Permissions

**Organization Name:** Lynn Peak Productions Inc.
**Email:** legal@brightlightpictures.com
**Address:** c/o The Bridge Studios
2400 Boundary Road
Burnaby, V5M 3Z3 Canada

## Certification

**Registration #:**  PAU003668151
**Service Request #:**  1-891435671



Lynn Peak Productions Inc.
David Oland
c/o The Bridge Studios
2400 Boundary Road
Burnaby, V5M 3Z3  Canada